WALDO SHIELDS, Doing Business as CHURCH CONSTRUCTION Co., Respondent, v. MT. CARMEL BAPTIST CHURCH OF ARVERNE, N. Y., Appellant.— Appellant moved at Special Term to direct respondent or his attorney to furnish the missing portion of a trial exhibit for the purpose of including it in the record on appeal. The motion was referred to the Official Referee who tried the action. The Official Referee held a hearing at which testimony was taken. From his recollection and his trial notes, the Referee certified the contents of the missing portion of the exhibit and ordered that his certificate be included in the case on appeal. Order affirmed, without costs. No opinion. Nolan, P. J., Adel, Schmidt, Beldock and Murphy, JJ., concur.

■

ALBERT E. SARGENT, an Infant, by JAMES E. SARGENT, His Guardian ad Litem, et al., Appellants, v. LONG ISLAND RAIL ROAD COMPANY, Respondent.— Order denying appellants' motion to vacate the dismissal of the action and to restore it to the calendar for trial reversed and motion granted, on condition that appellants pay to respondent $250, together with $10 costs and disbursements on this appeal within twenty days from the entry of the order hereon; otherwise order affirmed, with $10 costs and disbursements. Appellants made a sufficient showing of merit, and the default herein was not willful or contumacious. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

■

ELLEN SHERIDAN et al., Respondents, v. CECELIA SALVATORE, Appellant.— In an action to recover damages for personal injuries, order on reargument, granting a preference in trial, pursuant to subdivision 3 of rule 151 of the Rules of Civil Practice, affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.